# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Marcus Sharif McNeal,<br>    Petitioner<br>v.<br>Brian Williams, et al.,<br>    Respondents | 2:16-cv-001618-JAD-GWF<br><br>**Order Granting Motion for Enlargement of Time**<br><br>[ECF No. 10] |

Marcus S. McNeal petitions for habeas relief from his 2013 Nevada state conviction for attempted murder and battery with a deadly weapon.[1] Last month, I denied his request to stay this case, and I ordered the respondents to respond to his petition by April 11, 2017.[2] After McNeal filed a motion to reconsider the order denying his stay request, respondents moved to extend their deadline to respond to the petition until 30 days after McNeal's motion for reconsideration is decided.[3]

Good cause appearing, IT IS HEREBY ORDERED that the motion to enlarge **time [ECF No. 10] is GRANTED**; **respondents' deadline to respond to McNeal's petition** [ECF No. 6] **is extended to 30 days after the court enters an order resolving McNeal's Motion to Reconsider** [ECF No. 8].

DATED: April 18, 2017

                                                    Jennifer A. Dorsey
                                                  United States District Judge

---

[1] ECF No. 1-1.

[2] ECF No. 5.

[3] ECF No. 10.