|  |  |
|---|---|
| Marcus Sharif McNeal, | 2:16-cv-01618-JAD-GWF |
| Petitioner | **Order** |
| v. | [ECF No. 8] |
| State of Nevada, et al., | |
| Respondents | |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Pro se petitioner Marcus Sharif McNeal is currently serving two consecutive terms of 5-15 years after he was convicted of attempted murder, battery with a deadly weapon, and an ex-felon enhancement.[1] He petitions for a writ of habeas corpus under 28 U.S.C. § 2254, arguing that his Fourth, Fifth, Sixth, and Fourteenth Amendment rights were violated.[2] McNeal previously moved to stay these federal habeas proceedings so that he could exhaust his unexhausted claims in state court.[3] I denied that motion because it appeared that his state-court proceedings had already concluded.[4] McNeal then moved for reconsideration, arguing that his state-court appeal was pending.[5] After reviewing the Nevada Supreme Court docket, it appears that McNeal's case has now concluded.[6] Accordingly, I deny McNeal's motion for

---

[1] ECF No. 1-1.

[2] *Id.*

[3] ECF No. 4.

[4] ECF No. 5.

[5] ECF No. 8.

[6] Case No. 71446 concluded on September 29, 2017, with the issuance of remittitur to the state district court. This information was obtained from the online Nevada Appellate Case Management System. http://caseinfo.nvsupremecourt.us/public/publicActorSearch.do (last visited Nov. 13, 2017).

reconsideration as moot.

On October 17, 2017, McNeal filed a motion seeking production of several documents,[7] which respondents opposed.[8] McNeal later filed a motion to withdraw his request for documents,[9] along with a letter requesting that the Clerk of Court provide him with copies of his habeas petitions in this case and in another case, 2:17-cv-2589-RFB-CWH. It appears from this and other correspondence that McNeal has sent to the court that McNeal wishes to amend his petition in this action.

Accordingly, IT IS HEREBY ORDERED that McNeal's motion for reconsideration **[ECF No. 8] is DENIED as moot**.

IT IS FURTHER ORDERED that McNeal's motion to withdraw his motion for production **[ECF No. 16] is GRANTED**, and McNeal's motion for production **[ECF No. 14] is therefore WITHDRAWN**.

The **Clerk of Court** is directed to **SEND to McNeal** a copy of his petition in this case **[ECF No. 6]** and a copy of his petition in **case 2:17-cv-2589-RFB-CWH [ECF No. 1-1]**.

IT IS FURTHER ORDERED that **McNeal has leave to amend his petition in THIS ACTION**. McNeal has **until December 13, 2017, to file an amended petition**. If McNeal does not file an amended petition by that date, this case will proceed on the original petition **[ECF No. 6]**.

IT IS FURTHER ORDERED that in any amended petition, McNeal must **CLEARLY TITLE the amended petition** as an amended petition by placing the word **"AMENDED" immediately ABOVE "Petition for a Writ of Habeas Corpus"** on page 1 in the caption and **PLACE THE DOCKET NUMBER** 2:16-cv-01618-JAD-GWF in the designated space above the word "AMENDED." Under Local Rule LR 15-1, the amended petition must be complete in itself without reference to previously filed papers. The claims and allegations that are stated in

---

[7] ECF No. 14.

[8] ECF No. 15.

[9] ECF No. 16.

2

the amended petition will be the only matters that I consider.  Any claims or allegations that are left out of the amended petition or that are not realleged in the amended petition will be forfeited.

DATED: November 13, 2017.

_____
Jennifer A. Dorsey
United States District Judge