# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARCUS SHARIF MCNEAL,<br><br>Petitioner,<br>v.<br>BRIAN E. WILLIAMS, et al.,<br><br>Respondents. | Case No. 2:16-cv-01618-JAD-EJY<br><br>**Order Granting Extension of Time**<br><br>[ECF No. 63] |

Good cause appearing, IT IS HEREBY ORDERED that Petitioner Marcus Sharif McNeal's unopposed first motion for extension of time [ECF No. 63] **is GRANTED.** Petitioner has until August 31, 2020, to file an amended petition.

McNeal initiated this habeas action nearly four years ago in July 2016.[1] Given the age of this case,[2] counsel for both parties are directed to prioritize the deadlines in this case over later-filed matters. **Further extensions of time are not likely to be granted absent compelling circumstances and a strong showing of good cause why an amended petition could not be filed within the extended time allowed despite the exercise of due diligence**.

Dated: June 4, 2020

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 1.

[2] Habeas actions are civil actions under federal practice and are subject to the reporting requirements of the Civil Justice Reform Act of 1990 ("CJRA"), 28 U.S.C. § 471 *et seq.* The CJRA sets a three-year goal for resolution of each civil case on the merits, *id.* § 476(a)(3), and encourages "setting, at the earliest practicable time, deadlines for filing motions and a time framework for their disposition," *id.* § 473(a).