# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARCUS SHARIF MCNEAL,<br><br>         Petitioner,<br>v.<br>BRIAN E. WILLIAMS, et al.,<br><br>         Respondents. | Case No. 2:16-cv-01618-JAD-EJY<br><br>**Order Granting Enlargement of Time**<br><br>[ECF No. 68] |

Good cause appearing, IT IS HEREBY ORDERED that respondents' unopposed first **motion for enlargement of time [ECF No. 68] is GRANTED**. Respondents have until December 11, 2020, to answer or otherwise respond to the amended petition for writ of habeas corpus in this case.

Dated: October 29, 2020

_____
U.S. District Judge Jennifer A. Dorsey