**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARCUS SHARIF MCNEAL,<br><br>　　　　　　　　　　Petitioner,<br><br>　v.<br><br>BRIAN E. WILLIAMS, et al.,<br><br>　　　　　　　　　　Respondents. | Case No. 2:16-cv-01618-JAD-EJY<br><br>**Order Granting Extension of Time**<br><br>[ECF No. 70] |

　　　　Respondents move for a 31-day extension of time to answer or otherwise respond to the amended petition for writ of habeas corpus in this case.[1] This is respondents' second request for extension of the deadline. Good cause appearing, IT IS HEREBY ORDERED that respondents' motion for enlargement of time **[ECF No. 70] is GRANTED**. Respondents have until January 11, 2021, to file an answer or otherwise respond to the amended petition for writ of habeas corpus.[2]

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　　　　Dated: December 14, 2020

---

[1] ECF No. 70.

[2] The new deadline I approve in this order falls 4 ½ years after this case began in July 2016. However, this case essentially started anew in November 2019 when the Ninth Circuit instructed me to consider granting McNeal leave to amend his petition. Lengthy habeas litigation is generally incompatible with the three-year goal set by the Civil Justice Reform Act of 1990 (CJRA), 28 U.S.C. § 471 *et seq.*, as well as the purposes served by the Antiterrorism and Effective Death Penalty Act (AEDPA) 28 U.S.C. § 2244 *et seq.*: finality, efficiency, and comity. This case is now long past the CJRA's three-year goal. Given the lack of progress to date, additional delay will further impede this case from reaching a merits determination. Accordingly, any future request for extension of time—even if unopposed—will be carefully scrutinized for good cause and, moving forward, counsel will be required to prioritize the briefing in this case over later-filed matters.