UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARCUS SHARIF MCNEAL,<br><br>                      Petitioner<br>v.<br>BRIAN E. WILLIAMS, et al.,<br><br>                      Respondents | Case No. 2:16-cv-01618-JAD-EJY<br><br>**Order Granting Extension of Time**<br><br>[ECF No. 72] |

Respondents move for a 31-day extension of time to answer or otherwise respond to the amended petition for writ of habeas corpus in this case.[1] This is respondents' third request for extension of the deadline.  Good cause appearing, IT IS HEREBY ORDERED that respondents' motion for enlargement of time **[ECF No. 72] is GRANTED**.  Respondents have until February 11, 2021, to file an answer or otherwise respond to the amended petition.

Given the age of this case and the lack of progress to date, I previously directed counsel for both parties to prioritize the briefing in this case over later-filed matters.[2]  This instruction remains in effect moving forward.  **Further extensions of time are not likely to be granted absent compelling circumstances and a strong showing of good cause why the deadline could not be met within the extended time allowed despite the exercise of due diligence**.

Dated: 1-12-2021

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 72.

[2] ECF No. 70 ("[A]ny future request for extension of time—even if unopposed—will be carefully scrutinized for good cause and, moving forward, counsel will be required to prioritize the briefing in this case over later-filed matters.")