# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Marcus Sharif McNeal,<br><br>　　　　　　　　　　Petitioner<br><br>　v.<br><br>Brian E. Williams, et al.,<br><br>　　　　　　　　　　Respondents | Case No. 2:16-cv-01618-JAD-EJY<br><br>**Order Granting Extension of Time**<br><br>[ECF No. 78] |

　　　Respondents move for an eight-day extension of time to file a reply in support of their motion to dismiss[1] Petitioner Marcus Sharif McNeal's amended petition for writ of habeas corpus.[2] Although the motion falls short of providing a strong showing of good cause,[3] I reluctantly allow the additional eight days.  Accordingly, IT IS HEREBY ORDERED that respondents' motion for enlargement of time **[ECF No. 78] is GRANTED**.  **Respondents have until March 12, 2021, to file their reply.**  My instruction and warning remain in effect moving forward.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　　　　Dated: March 9, 2021

---

[1] ECF No. 78.

[2] ECF No. 66.

[3] In the order granting Respondents' second request to answer or otherwise respond to the amended petition, counsel was advised:

> Given the lack of progress to date, additional delay will further impede this case from reaching a merits determination.  Accordingly, any future requests for extension of time—even if unopposed—will be carefully scrutinized for good cause and, moving forward, counsel will be required to prioritize the briefing in this case over later-filed matters.

ECF No. 71 (emphasis in original).