# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARCUS SHARIF MCNEAL,<br><br>                           Petitioner<br>v.<br>BRIAN E. WILLIAMS, et al.,<br><br>                          Respondents | Case No. 2:16-cv-01618-JAD-EJY<br><br>**Order Granting Petitioner's Motion to Extend**<br><br>[ECF Nos. 84, 87] |

      Petitioner Marcus Sharif McNeal moves for an extension of time to file his declaration regarding how he intends to proceed on Ground III, his unexhausted claim.[1] On October 13, 2021, McNeal requested a 30-day extension of time to file his declaration.[2] On November 1, 2021, McNeal filed a motion to proceed *pro se* as well as a motion to refile his amended petition, which remain pending.[3] McNeal now requests an extension of time to file his declaration until after a decision on his motion to proceed *pro se* is issued.[4]

      Good cause appearing, McNeal's motion to extend **[ECF No. 87] IS GRANTED**, and his first motion to extend **[ECF No. 84] IS DENIED as moot**. I will provide a new deadline for McNeal's declaration regarding how he intends to proceed on Ground III upon issuance of a ruling on McNeal's motion to proceed *pro se*.

                                                           _____<br>
                                                            U.S. District Judge Jennifer A. Dorsey<br>
                                                            Dated: November 23, 2021

---

[1] ECF No. 87.

[2] ECF No. 84.

[3] ECF Nos. 85, 86.

[4] ECF No. 87.