# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Marcus Sharif McNeal,<br><br>    Petitioner,<br>v.<br>Brian E. Williams, et al.,<br><br>    Respondents. | Case No. 2:16-cv-01618-JAD-EJY<br><br>**Order Granting the Respondents' Motion to Vacate Stay and Reopen Proceedings**<br><br>[ECF No. 105] |

The respondents move to vacate the stay entered pending resolution of Petitioner Marcus Sharif McNeal's appeal to the Ninth Circuit Court of Appeals.[1] McNeal filed a Notice of Non-Opposition.[2] Because the Ninth Circuit Court of Appeals issued its mandate[3] concluding McNeal's appeal, I grant the respondents' motion and set a briefing schedule for the merits of McNeal's remaining claims.

**IT IS THEREFORE ORDERED** that:

1. The respondents' **Motion to Vacate Stay and Reopen Habeas Proceedings (ECF No. 105) is GRANTED.**
2. The respondents must file an answer addressing the remaining claims of the fifth amended petition for writ of habeas corpus by May 6, 2023.
3. McNeal will have 60 days from the date of service of the answer to file a reply.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: 4/6/23

---

[1] ECF No. 105.

[2] ECF No. 106.

[3] ECF No. 104.