```
 1  AARON D. FORD
       Attorney General
 2  GERRI LYNN HARDCASTLE (Bar No. 13142)
       Deputy Attorney General
 3  State of Nevada
    Office of the Attorney General
 4  100 North Carson Street
    Carson City, Nevada 89701-4717
 5  Telephone: (775) 684-1215
    Fax: (775) 684-1108
 6  GHardcastle@ag.nv.gov
    Attorney for Respondents
 7
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARCUS SHARIF MCNEAL<br><br>Petitioner,<br><br>vs.<br><br>BRIAN E. WILLIAMS, *et al.*,<br><br>Respondents. | Case No.: 2:16-CV-01618-JAD-EJY<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO ANSWSER THE REMAINING CLAIMS IN MCNEAL'S FIFTH AMENDED PETITION FOR WRIT OF HABEAS CORPUS (FIRST REQUEST)**<br><br>ECF No. 108 |

Respondents, Warden Brian E. Williams, *et al.* (Respondents), by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Gerri Lynn Hardcastle, Deputy Attorney General, hereby move this Court for an enlargement of time of forty-five days, or up to and including Thursday, June 22, 2023, to file and serve their answer to the remaining claims in Petitioner Marcus Sharif McNeal's fifth amended petition for writ of habeas corpus. ECF No. 66.

This motion is based on the provisions of Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure and the attached Declaration of Counsel, as well as all other papers and pleadings on file herein.

/ / /

/ / /

/ / /

/ / /

This is Respondents' first request for an enlargement of time to file and serve their answer to McNeal's petition. Respondents make this motion in good faith and not for the purpose of unnecessary delay.

RESPECTFULLY SUBMITTED this 8th day of May, 2023.

> AARON D. FORD
> Attorney General
>
> By:   /s/ Gerri Lynn Hardcastle
> GERRI LYNN HARDCASTLE (Bar No. 13142)
> Deputy Attorney General

**ORDER**

Good cause appearing, IT IS ORDERED that the Unopposed Motion to Enlarge Time **[ECF No. 108] is GRANTED.** Respondents' deadline to answer the remaining claims in Petitioner Marcus Sharif McNeal's fifth amended petition for writ of habeas corpus [ECF No. 66] is **EXTENDED to June 22, 2023.**

_____
U.S. District Judge Jennifer A. Dorsey
May 10, 2023