# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Marcus Shariff McNeal,<br><br>        Petitioner,<br><br>v.<br><br>Brian E. Williams, et al.,<br><br>        Respondents. | Case No.: 2:16-cv-01618-JAD-EJY<br><br>**Order Granting Respondents'<br>Motion to Extend**<br><br>[ECF No. 110] |

Respondents seek an extension of time to answer the remaining claims in Petitioner Marcus Shariff McNeal's fifth amended petition for writ of habeas corpus.[1]

IT IS ORDERED that Respondents' unopposed second motion for extension of time **[ECF No. 110] is GRANTED.** Respondents have **until July 24, 2023, to answer** McNeal's fifth amended petition.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 30, 2023

---

[1] ECF No. 110.