**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Marcus Shariff McNeal,<br><br>　　　Petitioner,<br><br>v.<br><br>Brian E. Williams, et al.,<br><br>　　　Respondents. | Case No.: 2:16-cv-01618-JAD-EJY<br><br>**Order Granting Respondents'<br>Motions to Extend Time**<br><br>[ECF Nos. 112, 113] |

Respondents seek an extension of time to answer the remaining claims in Petitioner Marcus Shariff McNeal's fifth amended petition for writ of habeas corpus.[1]

Good cause appearing, IT IS ORDERED that respondents' unopposed third and fourth motions for extension of time **[ECF Nos. 112, 113] are GRANTED** *nunc pro tunc*, making their answer filed on July 31, 2023, timely.[2]

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　　　August 9, 2023

---

[1] ECF Nos. 112, 113.
[2] ECF No. 114.