UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Marcus Sharif McNeal,<br><br>　　　　　　　　　Petitioner<br>v.<br>Brian E. Williams, et al.,<br><br>　　　　　　　　　Respondents | Case No. 2:16-cv-01618-JAD-EJY<br><br>**Order Directing Respondents to Comply with LR IC 6-1** |

    Petitioner Marcus Sharif McNeal brings this petition for federal habeas corpus relief under 28 U.S.C. § 2254 to challenge his state-court convictions for, inter alia, attempted murder with use of a deadly weapon. This matter is poised for merits review, however, certain exhibits[1] do not comply with the redaction requirements of LR IC 6-1(a)(1), (3), and (5).[2] Compelling reasons exist to seal the exhibits, and file redacted versions of the exhibits, as they contain personal-data identifiers, and parties cannot change filings.

    IT IS THEREFORE ORDERED that **respondents have until October 31, 2023, to file redacted copies of the exhibits identified in footnote 1 of this Order** in compliance with LR IC 6-1(a)(1), (3), and (5).

. . .

---

[1] *See* ECF Nos. **22-3** at 4, 6; **22-7** at 45; **22-8** at 4; **22-11** at 2; **22-12** at 3; **22-13** at 3; **22-14** at 3; **22-15** at 3; **22-17** at 3; **22-20** at 2–3; **22-21** at 3; **22-23** at 36, 50; **22-25** at 11, 76–77; **23-21** at 7, 16, 40, 43; **50-5** at 17; **76-2** at 116, 122–133, 141; and **76-13** at 118, 124–43.

[2] *See* LR IC 6-1(a)(1) ("If an individual's Social Security number must be included, only the last four digits of that number should be used."); LR IC 6-1(a)(3) ("If an individual's date of birth must be included, only the year should be used."); and LR IC 6-1(a)(5) ("If a home address must be included, only the city and state should be listed.").

IT IS FURTHER ORDERED that **the Clerk of Court is directed to SEAL the exhibits identified in footnote 1** of this order.

Dated: October 18, 2023

                                                                                  _____
U.S. District Judge Jennifer A. Dorsey